# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### CLEVELAND DIVISION

KELLY MCNAMARA,                )
                               )
**Plaintiff**                  )
                               )
v.                             )    Case No. 1:25-cv-01757-SO
                               )
SUNFLOWER LTD. et al.,         )
                               )
**Defendants.**                )
                               )
                               )

## JOINT STATUS REPORT

Pursuant to this Court's Order dated January 21, 2026 (Doc. 11), compelling Plaintiff's claims to arbitration in the first instance, staying this case, and directing the parties to file a status report every 60 days on the status of the arbitration proceedings, the parties jointly notify this Court that Plaintiff commenced an arbitration against Defendants with JAMS on March 18, 2026. The parties will submit another joint status report on the progress of the arbitration by May 22, 2026.

Dated:  March 23, 2026                    Respectfully submitted,


*/s/ Dargan M. Ware* (with permission)     */s/ Matthew G. Vansuch*
Dargan M. Ware                             Matthew G. Vansuch (0079328)
DAVIS & NORRIS LLP                         ROETZEL & ANDRESS LPA
The Bradshaw House                         6550 Seville Drive, Ste. B
2154 Highland Avenue                       Canfield, OH 44406
Birmingham, AL 35205                       (330) 533-6195
(205) 453-0104                             mvansuch@ralaw.com
dware@davisnorris.com


*Attorneys for Plaintiff*                  *Attorneys for Defendants*